# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KAUSHIK MAHIDA, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ILLINOIS GASTROENTEROLOGY GROUP, PLLC,<br><br>Defendant. | Case No. 1:22-cv-2273<br><br>Judge: Hon. Sara Ellis |

## JOINT STATUS REPORT

Plaintiff Kaushik Mahida ("Plaintiff") and Defendant Illinois Gastroenterology Group, PLLC ("Defendant") jointly submit this Status Report pursuant to this Court's Order of December 14, 2022 (ECF No. 23). The Parties are in the last stages of finalizing the terms of the settlement reached in this matter, with the intent to update the Court on a resolution thereafter and to provide an update on the Motion for Preliminary Approval of the Class Action settlement that Plaintiffs intend to file in the very near future.

Accordingly, the Parties respectfully request that the Court allow the Parties to file another status report with an update on or before February 16, 2022.

DATED: January 17, 2023

Respectfully Submitted,

/s/ *James J. Sipchen*
James J. Sipchen (IL Bar No. 6226113)
PRETZEL & STOUFFER, CHARTERED
One S. Wacker Drive, Suite 2500
Chicago, Illinois 60606
Tel: (312) 346-1973
jsipchen@pretzel-stouffer.com

*Attorneys for Defendant, Illinois Gastroenterology Group, P.L.L.*

-2-

By: /s/ *Carl V. Malmstrom*
Carl V. Malmstrom
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
111 W. Jackson Blvd., Suite 1700
Chicago, Illinois 60604
Tel: (312) 984-0000
Fax: (212) 686-0114
malmstrom@whafh.com

*Attorney for Plaintiff and the Putative Class*