**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| KAUSHIK MAHIDA, Individually, and on Behalf of All Others Similarly Situated, ) ) ) | Case No. 1:22-cv-2273 |
| ) | Judge: Hon. Sara Ellis |
| Plaintiff, ) ) | |
| v. ) ) | |
| ILLINOIS GASTROENTEROLOGY GROUP, PLLC, ) ) ) ) | |
| Defendant. ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**PURUSANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Kaushik Mahida hereby dismisses his Complaint without prejudice. Each party will bear their own costs.

Dated: February 22, 2023          Respectfully submitted,

*/s/ Carl V. Malmstrom*
**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLC**
Carl V. Malmstrom
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Tel: (312) 984-0000
Fax: (212) 686-0114
E-mail: malmstrom@whafh.com

*Attorney for Plaintiff*

1